IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                        CASE NO. 5:18-CR-50085

CARLOS PACHECO                                                         DEFENDANT

ORDER

Now pending before the Court is the Report and Recommendation (Doc. 53) of United States Magistrate Judge Erin L. Wiedemann, filed on April 20, 2021. The time to object has now passed, and no objections were filed. The magistrate judge recommends granting the Defendant's Motion to Vacate pursuant to 28 U.S.C. § 2255 for the sole purpose of allowing him to take an appeal of the Court's judgment. The Court agrees that the Defendant's trial counsel had a duty to consult with his client about filing an appeal but failed to fulfill that duty. Counsel's failure caused prejudice to the Defendant. Therefore, the appropriate remedy is to vacate the original judgment and file an amended judgment that restarts the appeal clock. See Estes v. United States, 883 F.2d 645, 649 (8th Cir. 1989).

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 53) is **ADOPTED IN ITS ENTIRETY** and that the Defendant's Motion to Vacate (Doc. 44) pursuant to 28 U.S.C. § 2255 is **GRANTED**.

**IT IS FURTHER ORDERED** that the United States Probation Office prepare an amended judgment.

**IT IS FURTHER ORDERED** that Assistant Federal Public Defender Joe Alfaro is **APPOINTED** to assist the Defendant in filing his appeal.

1

IT IS SO ORDERED on this 23rd day of June, 2021.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE